In the Matter of the Estate of JOAN MARIE FOTIADES, Deceased. GREGORY FOTIADES et al., Respondents; DAPHNE FOTIADES, Appellant.

Submitted May 21, 2007; decided July 2, 2007

Reported below, 38 AD3d 892.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of ELROY HENDRIX, Appellant, v GLENN S. GOORD, as Commissioner of Correctional Services, Respondent.

Submitted May 29, 2007; decided July 2, 2007

Reported below, 36 AD3d 1200.

Motion to vacate this Court's May 1, 2007 order dismissing the appeal for want of prosecution granted and appeal reinstated [see 8 NY3d 980]. On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved.

HOUSEHOLD FINANCE REALTY CORPORATION OF NEW YORK, Respondent, v PETER GONZALEZ et al., Appellants, et al., Defendants.

Submitted June 25, 2007; decided July 2, 2007

Reported below, 39 AD3d 1138.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.